**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

March 28, 2024

<u>Via ECF</u>
Hon. Anne Y. Shields
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: Wysocki and Wysocki v. Nassau County
   <u>23-CV-08790 (GRB)(AYS)</u>

Your Honor:

  The Nassau County Attorney's Office represents defendants in this action. The purpose of this letter it to respectfully request that, due to a conflicting appointment which arose in my schedule after Your Honor scheduled the initial in-person conference for Tuesday, April 2, 2024 at 11:30 a.m., that this conference be adjourned to April 16, 17, 18 or 19, 2024. I have not been able to contact plaintiffs' attorney, Amy L. Bellantoni, Esq. to request her consent because of the late hour as I am writing this letter, and because she will be out of her office tomorrow. However, as she and I have enjoyed a good working relationship in all of our previous cases, I anticipate that she would not object to my requested adjournment for this initial conference.

  Therefore, defendants respectfully request that the initial conference scheduled for April 2, 2024 be adjourned to April 16, 17, 18 or 19, 2024.

  As always, the parties thank Your Honor for your attention and consideration in this matter.

                Respectfully,

                */S Ralph J. Reissman*
                Ralph J. Reissman
                Deputy County Attorney

cc:  Amy L. Bellantoni, Esq.
   Attorney for Plaintiffs (via ECF)