

March 29, 2024

**BY ECF**

Hon. Anne Y. Shields
United States District Court
100 Federal Plaza
Central Islip, New York 11722

  Re: *Wysocki v. Nassau County, New York*, 23 Civ. 08790 (GRB) (AYS)

Dear Judge Shields,

  I represent the plaintiffs, Dennis and Lisa Wysocki, in the above-referenced matter. I write in response to the defendants' request to adjourn the conference scheduled for Tuesday, April 2, 2024.

  I have no objection to the defendants' request to adjourn the conference. However, from the list of alternative dates proposed in the defendants' letter, the only date that I would be available to appear in person is April 19th. I am also available April 22, 23, and 25. Thank you for the Court's consideration.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Ralph Reisman (ECF)