| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>U.S. MAGISTRATE JUDGE | DATE: 5/20/24<br>TIME: 10:30 AM<br>FTR: 10:39-10:55 |

CASE: **CV-23-8790 (GRB)(AYS)** Wysocki et al v. Nassau County, et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:  Plaintiff: Amy Bellantoni

Defendant: Ralph Reissman

**THE FOLLOWING RULINGS WERE MADE:**

Conference held.

                                                                SO ORDERED

                                                                /s/ Anne Y. Shields
                                                               ANNE Y. SHIELDS