UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

DENNIS WYSOCKI and LISA WYSOCKI, 23 Civ. 8790 (SJB)(AYS)

Plaintiffs,

-against-

COUNTY OF NASSAU, New York, PATRICK RYDER, Individually and Officially, MARC TIMPANO Individually, and OFFICER "V" SCAGLIONE, Individually,

ORDER FOR FEES AND COSTS ~~[PROPOSED]~~

Defendants.

-------------------------------------------------------------------x

WHEREAS on March 25, 2025, this Court Ordered Defendants Lt. Timpano and Officer Scaglione to appear for their depositions; and

WHEREAS counsel for the plaintiffs notified this Court by letter dated April 17, 2025 that, despite serving Notices of Deposition for Defendants to appear on April 18, 2025, counsel for the Nassau County defendants informed that his clients would not appear to be deposed; and

WHEREAS on April 29, 2025, this Court issued an Order extending the time for discovery and ordering Defendants Lt. Timpano and Officer Scaglione to appear for their depositions on May 6, 2025, specifically noting that their "[f]ailure to appear for the depositions may result in the imposition of sanctions;" and

WHEREAS on May 6, 2025, counsel for Plaintiffs filed a letter motion for contempt, advising that "for the third time," Plaintiffs attempted to take the depositions of Defendants Lt. Timpano and Officer Scaglione, that counsel for Defendants appeared on May 6, 2025 for a remote deposition without his clients and, after disconnecting from the Zoom meeting, appeared approximately 40 minutes later only to inform that his clients would not be produced; and

WHEREAS that same day, counsel for Defendants filed a letter explaining, *inter alia*, that depositions in this matter would be a "waste of time;" and

WHEREAS on May 8, 2025 this Court Ordered counsel for Defendants to Show Cause why sanctions in the form of attorney's fees and costs incurred in preparing for and appearing at the depositions Noticed for May 6, 2025 should not be imposed; and

WHEREAS on May 12, 2025, counsel for Defendants filed his response to this Court's Order to Show Cause; and

WHEREAS on May 22, 2025, this Court issued an Order denying Plaintiffs' motion for contempt and issuing sanctions against Defendants, directing them to pay Plaintiffs their attorney's fees and costs - including the court reporter fee - incurred in connection with their failure to appear at their depositions on May 6, 2025 based on Defendants' unresponsive response to the Order to Show Cause, which "blatantly ignores the fact that Defendants Timpano and Scaglione failed to appear for Court-ordered depositions without any explanation or justification for their non-appearances" and, this Court finding no excuse for Defendants' non-compliance; and

WHEREAS the hourly rate for Plaintiffs' counsel was recently set at $450 [*see*, *Taveras v. New York City*, Case No. 20 Civ. 1200 (AS) [DE 96], which this Court finds to be a reasonable hourly rate; it is therefore

ORDERED, ADJUDGED AND DECREED that for the foregoing reasons, Defendants are Ordered to pay Plaintiffs' attorney's fees incurred in connection with their failure to appear at their depositions on May 6, 2025 in the amount of $765 and costs incurred for the court reporter

fee in the amount of $225, for a total of **$990.00** within 30 days of the entry of this Order.

Dated: Central Islip, New York
May 29, 2025

/s/
Hon. Anne Y. Shields
United States Magistrate Judge