

June 18, 2025

**By ECF**

Hon. Anne Y. Shields
United States District Court
100 Federal Plaza
Central Islip, New York 11722

  Re: *Wysocki v. Nassau County, New York*, 23 Civ. 08790 (SJB) (AYS)

Dear Judge Shields,

  I represent the plaintiffs, Dennis and Lisa Wysocki, in the above-referenced matter.

  In response to the Court's letter of this afternoon, my apologies as I thought that I had filed the attached letter back on June 4, 2025.

  Thank you for Your Honor's assistance in this matter.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Matthew Rozea (ECF)
   Counsel for Defendants