

June 4, 2025

**By ECF**

Hon. Anne Y. Shields
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    Re:   *Wysocki v. Nassau County, New York*, 23 Civ. 08790 (SJB) (AYS)

Dear Judge Shields,

    I represent the plaintiffs, Dennis and Lisa Wysocki, in the above-referenced matter.

    On behalf of all parties, I write in accordance with the Court's Scheduling Order dated June 3, 2025, directing the parties to submit a joint status letter on or before June 6, 2025, advising as to the status of the depositions of Defendants Timpano and Scaglione.

    I am pleased to inform the Court that the depositions of Defendants Timpano and Scaglione were conducted today. Plaintiffs have served post-deposition demands on the County for the production of documents that were discussed by the Defendants, the responses to which are to be provided on or before July 4, 2025 (or Monday, July 7, 2025).

    As the parties do not intend to retain experts for this case, counsel anticipate filing the proposed summary judgment briefing schedule required under Judge Bulsara's Individual Rule VI.C on or before July 14, 2025.

    Thank you for Your Honor's assistance in this matter.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc:    Matthew Rozea (ECF)
        Counsel for Defendants