UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DENNIS WYSOCKI and LISA WYSOCKI,

                              Plaintiffs,                    23 Civ. 8790 (SJB)(AYS)

        -against-

NASSAU COUNTY, New York, PATRICK          **NOTICE OF MOTION**
RYDER, Individually and Officially, MARC   **FOR SUMMARY JUDGMENT**
TIMPANO, Individually, Officer VITO
SCAGLIONE, Individually,
                              Defendants.
------------------------------------------------------------x


**PLEASE TAKE NOTICE** that, upon the Declarations of Dennis Wysocki, Lisa

Wysocki, and Amy L. Bellantoni, accompanying exhibits, Plaintiffs' Local Rule 56.1 Statement

of Undisputed Material Facts, and Memorandum of Law in Support, Plaintiffs Dennis Wysocki

and Lisa Wysocki, by and through their attorneys, The Bellantoni Law Firm, PLLC, will move

this Court at the United States District Court, Eastern District of New York located at 100 Federal

Plaza, Courtroom 930, Central Islip, New York for an Order granting Plaintiffs' Motion for

Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and such further relief as

this Court deems just, equitable, and proper.

**PLEASE TAKE NOTICE** that, in accordance with the Court's briefing schedule,

Defendants' opposition is to be served on Plaintiffs' counsel on October 20, 2025; on November

3, 2025, Plaintiffs' reply submissions are to be served on Defendants' counsel, and Plaintiffs'

fully briefed motion for summary judgment shall be electronically filed by ECF in accordance

with the Section VI(D) of the Court's Individual Practices for Civil and Criminal Cases.

Dated: September 6, 2025
        Scarsdale, New York

THE BELLANTONI LAW FIRM, PLLC
*Attorneys for Plaintiffs*


By:    _____/s/_____
       Amy L. Bellantoni
       2 Overhill Road, Suite 400
       Scarsdale, New York 10583
       abell@bellantoni-law.com

TO: Matthew M. Rozea, Esq.
    mrozea@nassaucountyny.gov