UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DENNIS WYSOCKI and LISA WYSOCKI,

                            Plaintiffs,                     23 Civ. 8790 (SJB)(AYS)

    -against-

NASSAU COUNTY, New York, PATRICK         **DECLARATION OF**
RYDER, Individually and Officially, MARC       **DENNIS WYSOCKI**
TIMPANO, Individually, Officer VITO
SCAGLIONE, Individually,
                         Defendants.
------------------------------------------------------------x

       DENNIS WYSOCKI, declares pursuant to 28 U.S.C. §1746 that:

       1.      I am a plaintiff in the above-captioned matter, over the age of 18, and a resident of Nassau County, New York. I make this Declaration based on my own personal knowledge, and where indicated upon information and belief, I believe the same to be true. If called as a witness, I could and would testify consistently with the following sworn statement.

       2.      I submit this Declaration and annexed exhibits in support of the plaintiffs' motion for summary judgment.

       3.      I have never been arrested, charged, or convicted of any criminal offense or violation of the New York State Penal Law, and I have no disqualifiers to the possession of firearms under state or federal law.

       4.      At all times relevant hereto, I have been a resident of Nassau County, New York.

       5.      In May 2017, I applied for a New York State pistol license to the Nassau County Police Commissioner as statutory pistol licensing officer, through the Nassau County Police Department (NCPD) Pistol License Section (PLS).

1

6.    In September 2017, the PLS issued me a New York State pistol license (the "license"), which authorized me to purchase and possess handguns. While the license authorized me to carry handguns registered to the license, it was not a 'full carry' license and only allowed me to carry handguns concealed for purposes of target shooting and hunting.

7.    In Fall 2022, I applied to the PLS to have the carry restrictions on my pistol license removed. The PLS performed a thorough criminal and mental health background check through state and federal databases, and required me to submit the results of a urinalysis test for the presence of any drugs, which yielded negative results. I was also required to execute a written acknowledgment of my legal responsibility to safely store my firearms (handguns, rifles, and shotguns) from being accessed by a "child under the age of eighteen" who "resides in the home" and any other cohabitant who is "a person prohibited from possessing a firearm under state or federal law." I also provided the PLS with proof of having completed the 18-hour training course required by Penal Law § 400.00(1)(o), (19).

8.    In October 2022, the restrictions on my license were removed and I was issued an unrestricted concealed carry license by the PLS.

9.    Until the events complained of in this litigation, my pistol license has never been suspended, revoked, or otherwise subject to any negative action.

***February 2023 Suspension of New York State Pistol License***

10.    I reside with my wife, Lisa Wysocki, and our minor daughter. At the time of the events described herein, our daughter was a middle school student.

11.    On Saturday, February 11, 2023, members of Child Protective Services (CPS) came to our home, accompanied by officers of the NCPD, because of a conversation that our daughter had with a school counselor on February 8, 2023. The substance of the conversation was that she

2

was feeling depressed and had mentioned past thoughts of harming herself using a rope. During the conversation, the school counselor asked our daughter if there were any firearms in the home, to which she correctly answered, "yes." Our daughter's statements to the school counselor contained no reference to the use, threatened use, or attempted use of firearms. The next day, Friday, February 10, 2023, Lisa brought our daughter to be evaluated at Cohen Children's Medical Center. Dr. Joshua Stein, a staff psychiatrist, performed a psychiatric evaluation of our daughter and concluded that she did not pose a danger to herself or others; our daughter returned home the same day.

12.     The responding NCPD officers examined our gun safes and confirmed that our firearms were safely stored and rendered safe with trigger locks. The responding officers did not confiscate any of our firearms.

13.     At no time did our daughter have access to our firearms or the contents of the gun safes in which we store them.

14.     On Monday, February 13, 2023 at approximately 9:00 a.m., I called the PLS and spoke with Officer Vito Scaglione. I informed him that NCPD officers came to our home, as required by the Pistol License Handbook (any police contact must be reported to the PLS). I further explained to Officer Scaglione the circumstances concerning my daughter, her comments to the school counselor, and the fact that she was brought for a psychiatric evaluation and the psychiatrist concluded that she was not a danger to herself or others.

15.     I also informed Officer Scaglione that the responding NCPD officers were aware that my wife Lisa and I have pistol licenses, and that they inspected our safes and confirmed that our guns were properly stored in our gun safes.

3

16.     Officer Scaglione told me that, because our daughter went to see a mental health counselor and had thoughts of self-harm, PLS was going to confiscate all of our handguns and long guns and that we had to bring them to the precinct to surrender them because our pistol licenses were going to be suspended. I informed Officer Scaglione that I am a gun collector and have a high-end collection, and that I would bring my guns to a federal firearms licensee (FFL), Camp-Site Sport Shop, Inc. ("Camp-Site") to have our handguns and long guns transferred to my mother in Florida for safekeeping until our pistol licenses were reinstated. Officer Scaglione stated that was fine.

17.     At approximately 10:00 a.m. that morning, Lisa and I brought all of our handguns and long guns to Camp-Site.  Officer Scaglione had already called the owner to inform him that we were required to surrender our guns to the FFL.

18.     After surrendering our guns, Lisa and I went to PLS, as we were directed by Officer Scaglione. We provided Officer Scaglione with the receipt from Campsite indicating that we had complied with the Handbook and surrendered our guns.

19.     Officer Scaglione handed us "Notification of Pistol License Suspension" letters. A true and accurate copy of my Notice of Suspension is attached hereto as Exhibit 1.

20.     Officer Scaglione told us that we were required to provide PLS with written statements explaining the events involving our daughter, that we were prohibited from possessing handguns, rifles, and shotguns while our pistol licenses are suspended, and that our pistol licenses would not be reinstated until PLS had conducted an 'investigation.'

21.     Officer Scaglione stated that he wanted our written statements as soon as possible, and not to worry if they were not Notarized.

4

22.     Officer Scaglione also informed me that our pistol licenses would continue to be suspended until we provided PLS with a letter from our daughter's treating doctor that stated that it was safe for her to live in a home where guns are kept.

23.     On February 14, 2023, as required by the Handbook, I provided Officer Scaglione with a written statement detailing the chronology of events leading to the suspension of our pistol licenses and loss of firearms. A true and accurate copy of my handwritten statement is attached as Exhibit 2.

24.     At that same time, I also provided Officer Scaglione with a copy of the letter from Dr. Josh Stein from Cohen Children's Medical Center indicating that our daughter was evaluated on February 10, 2023 by a psychiatrist, treated, and released and that she "does not represent an imminent danger to self or others." A true and accurate copy of the letter is attached as Exhibit 3.

25.     On April 18, 2023, I provided Officer Scaglione with the CPS letter dated April 14, 2023 indicating that their investigation was closed and any allegations were "Unfounded." Officer Scaglione told me, in substance, "see you in about 8-12 months" because he needed to conduct an "investigation."

26.     In and around June 2023, I informed Officer Scaglione that we are unable to obtain a doctor's letter that states it is safe for our daughter to reside in a home where firearms are kept.

27.     We will not make any additional efforts to obtain the required doctor's letter. Lisa and I are already required by law to store our firearms safely to prevent them from being accessed by our daughter, who is a minor and cannot legally possess guns in the first instance.

28.     Officer Scaglione also informed me that if my "daughter ever did anything like this again" that our pistol licenses would be "revoked and never returned."

5

29.     Our daughter's statements to the school counselor contained no reference to the use, threatened use, or attempted use of firearms. Our daughter did not mention firearms at all, nor was there any allegation that our daughter made any comments regarding firearms. And, at no time did our daughter have access to our firearms or the contents of the safes in which we store our firearms. I informed the responding officers and Officer Scaglione of those facts as well.

30.     Officer Scaglione informed me that, even with a letter from a doctor, our licenses would not be reinstated and our firearms returned, until we purchase and obtain two (2) biometric safes as a condition to the reinstatement of our pistol licenses.

31.     We have not purchased any biometric safes nor do we have any intention to purchase biometric safes.

32.     As a direct and proximate result of the terms of the Handbook and defendants' suspension of our pistol licenses, we have been absolutely foreclosed from possessing handguns, rifles, and shotguns and are forbidden from possessing any firearms, whether for self-defense or any other lawful purpose.

33.     We have not been able to possess our handguns, rifles, or shotguns for home defense, target shooting or hunting since February 13, 2023.

34.     To date, our pistol licenses remain suspended by PLS and our forced disarmament by the defendants continues.

35.     I am seeking the permanent injunction of Nassau County's Policy. Not only does the defendants' conduct violate our Second Amendment rights, there is no legal authority under the state licensing statute for the defendants to have suspended our pistol licenses, ordered the surrender our handguns and long guns, or prohibited us from possessing handguns and long guns

because we have done nothing wrong. Defendants also have no authority to require us to purchase or obtain biometric safes.

I submit the aforementioned statements under the penalties of perjury.

Dated: September 8, 2025

Dennis Wysocki