I Dennis A Wysocki was told By my wife Lisa Wysocki To call the ███████ Middle school on 2-9-23 And speak to ████████ About a concern with my Daughter ██████ Wysock. the call was short And I was told that ██████ went to speak to him. Due to Filling Depressed.

On Friday 2-10-23 A Dr Lore From Northwell called me at 6:40pm And told me that she saw my Daughter And was concerned About her Behavior, And sent my wife Lisa, And ██████ to Childs Medical Center. I proceded thent to see what was going on. By time I got thent the Dr that Saw us stated she seemed Fine with no Reason To Release her with no wonnies About her Haming herself.

On Saterday 2-11-23- C.P.S And N.C.P.D came To my home Cked that my guns and wifes guns went locked up And Secure. the N.C.P.D Sergent And the C.P.S told me Every thing looked ok.

On Monday 2-13-23 I Dennis A. Wysock: And my wife Lisa D Wysockig got Rid of our Fire Arms And were told to Report to N.C.P.D pistol section to surrender our Pistol permitus to Further Notice.