# EXHIBIT   3



**Cohen Children's
Medical Center**
Northwell Health℠

To whom it may concern,

Patient's name:  Wysocki

Date of Services  2/10/23

This is to certify that the above named person was evaluated at Cohen Children's Medical Center on the above date. He/ She was treated and released to his/ guardian's care with follow up instructions. At present time, the patient does not represent an imminent danger to self or others.

Sincerely,

Clinician name: Josh Silen, MD

CLINICIAN SIGNATURE

Cohen Children's Medical Center
269-01 76th Avenue, New Hyde Park, NY 11040
718-470-3768