# EXHIBIT   2

I Lisa Wysocki. Recieved a phone call from the ███████ Middle school on 2-9-23 from ███████████ About a concern of my daughter ███████ Wyscoch. had spoken to him about feeling Depressed. I went to the school to speak with him & my daughter.

On Friday 2-10-23 I took my daughter ████ Wysocki to see Dr. Lona From Northwell University As my daughter talked to Dr. Lona she was concerned About ████████ behaven and sent us to North Shore Medical Center in New Hyde Park. { Cohen Childrens Medical Center } Dr. Josh Sileni spoke to ██████████ Few different times And Later spoke with my Husband Dennis And myself and felt that there was no concern of ████ hurting herself or others And sent her home with us.

On Saturday 2-11-23 CPS and N.C.P.D Came to Check on ████████, and to see if mine and my husBrds guns went locked up and securit. N.C.P.D Was ok and satisfied with the gun safe and cables locked on our fire arms.

#Officer Scaglione*
On Monday 2-13-23 I Lisa Wysocki And my husBand Dennis A. Wysocki sent our Fire Arms to his Parents in Florida, then went to N.C Pistol section where our C.C. Permits were suspended. And Are Waiting to Be notified when we can get Back.