GOLDBERG SEGALLA

Kevin M. Cannizzaro | Partner
Direct 518.935.4290 | kcannizzaro@goldbergsegalla.com

September 18, 2026

***via ECF***

Hon. Sanket J. Bulsara
United States District Court for the Eastern
District of New York
100 Federal Plaza
Courtroom 930
Central Islip, New York 11722

**Re:** ***Wysocki et al. v. Nassau County et al.*, No. 2:23-cv-08790-SJB-AYS**
**Letter-Motion to Adjourn Joint Pre-Trial Order and Pre-Trial Submission Deadlines (On Consent)**

Dear Judge Bulsara:

I represent Defendants Nassau County, Police Commissioner Patrick Ryder, Lieutenant Marc Timpano, and Officer Vito Scaglione in the above-captioned action. As of September 17th, 2026, the parties have reached a settlement agreement. Accordingly, the parties respectfully request a forty-five (45) day adjournment of the current deadlines for the joint pre-trial order and related pre-trial submissions required by the Court's Individual Rules of Practice and the Local Rules for the United States District Court for the Eastern District of New York.

By way of brief background, the Court's July 7, 2026 Memorandum and Order granted in part and denied in part Plaintiffs' motion for summary judgment (Dkt. No. 42) and directed the parties to submit a joint pre-trial order by August 21, 2026. The parties later requested, and the Court granted, an adjournment of that deadline to September 21, 2026. Under the Court's Individual Rules of Practice, related pre-trial submissions are due October 21, 2026.

Since the Court's prior directive, the parties have worked diligently to complete the required submissions. Late yesterday afternoon, the parties reached a settlement that resolves the entire matter. Because the settlement must be formally ratified through official channels, the parties respectfully request a forty-five (45) day adjournment of the current deadlines, to November 5, 2026. The parties believe this adjournment will provide sufficient time to finalize the settlement agreement, resolve this case, and obviate the need for any pre-trial submissions. I have conferred with Plaintiffs' counsel, Amy Bellantoni, who consents to this request.

The parties respectfully request that the Court grant the adjournment and thank the Court for its consideration. I remain available to answer any questions the Court may have.

Respectfully submitted,

Kevin M. Cannizzaro

KMC:

cc: Amy L. Bellantoni, Esq.