UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

DENNIS WYSOCKI and LISA WYSOCKI,

Plaintiffs,

-against-

NASSAU COUNTY, NEW YORK, PATRICK RYDER, Individually and Officially, MARC TIMPANO, Individually and OFFICER VITO SCAGLIONE, Individually,

Defendants.

----------------------------------------------------------------------- x

Civil Case No.: 2:23-cv-08790

**SO ORDERED STIPULATION OF DISMISSAL PURSUANT TO FED. R. 41(a)(1)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties to the above-captioned action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and that no person not a party has an interest in the subject matter of this action, that the above-captioned action be and the same is hereby dismissed against the Defendants NASSAU COUNTY, NEW YORK, PATRICK RYDER, Individually and Officially, MARC TIMPANO, Individually and OFFICER VITO SCAGLIONE, Individually with prejudice and without costs to any party as against another.

Notwithstanding the parties agreement to a dismissal of this action with prejudice, the Court expressly retains ancillary jurisdiction to enforce the terms of the parties' Settlement Agreement dated 9/28/2026, and to resolve any disputes arising from the interpretation, performance, or enforcement of that Agreement.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 8, 2026

**THE BELLANTONI LAW FIRM, PLLC**

By: *Amy L. Bellantoni*
Amy L. Bellantoni, Esq.
2 Overhill Road, Suite 400
Scarsdale, New York 10583
abell@bellantoni-law.com

*Attorneys for Plaintiffs*

**GOLDBERG SEGALLA LLP**

By: *Kevin Cannizzaro*
Kevin M. Cannizzaro, Esq.
8 Southwoods Blvd., Suite 300
Albany, New York 12211
kcannizzaro@goldbergsegalla.com

*Attorney for Defendants*

SO ORDERED:

______________________________
Hon. Sanket J. Bulsara
United States District Judge